# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JOHNNIE RAY HAIRSTON, | Case No. 2:07-CV-01617-MMS |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| TOM CAREY, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the 2005 decision by the California Board of Parole Hearings finding him unsuitable for parole, in part because of the circumstances of his crime. Such a claim is cognizable in federal court under the Ninth Circuit decision in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008). On May 16, 2008, the Ninth Circuit granted rehearing en banc in Hayward, and the case was argued on June 24, 2008.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, the parties shall show cause why this action should not be administratively stayed pending the Ninth Circuit's decision in Hayward v.

1 | <u>Marshall</u>, 512 F.3d 536 (9th Cir. 2008), <u>reh'g en banc granted</u>, 527 F.3d 797 (9th
2 | Cir. 2008).
3 | DATED: March 5, 2009

/s/ *Mary M. Schroeder*
MARY M. SCHROEDER,
United States Circuit Judge
Sitting by designation